# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00646-CR

**Donald Palacio, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 16,008, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Donald Palacio filed a notice of appeal from a judgment of conviction for failing to report as a registered sex offender. *See* Tex. Code Crim. Proc. art. 62.102. However, the trial court certified that this is a plea bargain case, that Palacio has no right of appeal, and that Palacio waived the right of appeal.

The appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Jurisdiction

Filed:   September 28, 2016

Do Not Publish